UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG CHOI, | CV 19-4909 PA (MRWx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CALIDA, INC., et al. | |
| Defendants. | |

In accordance with the Court's October 1, 2019 Minute Order dismissing the claims of plaintiff Sung Choi ("Plaintiff") against defendant Wilshire Park Place 3660, LLC, and Plaintiff's Notice of Dismissal dismissing Plaintiff's claims against defendant Calida, Inc., it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: October 1, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE